**Electronically Filed
Supreme Court
SCWC-23-0000370
16-MAR-2026
08:24 AM
Dkt. 16 ODAC**

SCWC-23-0000370

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KALLIE L. CURTIS; DANIEL J. CURTIS; and NUBIA LIZETH CURTIS,
Petitioners/Plaintiffs-Appellants,

vs.

HAWAIIAN MISSION ACADEMY; HAWAII CONFERENCE OF
SEVENTH-DAY ADVENTISTS; RALPH S. WATTS, III;
ERIK VANDENBURGH; JAY WARREN; RHONDA ("MIKI") L. NELSON;
JEAN-MARCEL CLOUZET; TAMMY CLOUZET; and JOE LEE,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000370; CASE NO. 1CCV-22-0000613)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

Petitioners/Plaintiffs-Appellants Kallie L. Curtis, Daniel J. Curtis, and Nubia Lizeth Curtis' application for writ of certiorari filed on January 20, 2026, is rejected.

DATED: Honolulu, Hawaiʻi, March 16, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Catherin H. Remigio

